UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ANTONICIA HOLMES,   )

 Plaintiff,     )

          )

v.          )

          )

PARAGON SYSTEMS, INC.,  )

 Defendant.     )

Case: 1:26-cv-00580  JURY DEMAND
Assigned To : Unassigned
Assign. Date : 2/23/2026
Description: Employ. Discrim. (H-DECK)

Associated EEOC Charge #:
10C-2018-00022

---

## COMPLAINT

Plaintiff Antonicia Holmes ("Plaintiff"), proceeding pro se, brings this action against Defendant Paragon Systems, Inc. ("Defendant") and alleges as follows:

### I. NATURE OF THE ACTION

1. This is an action for employment discrimination based on sex, hostile work environment, and constructive discharge in violation of Title VII of the Civil Rights Act of 1964.

2. Plaintiff was subjected to severe and pervasive harassment, disparate treatment, and intolerable working conditions that forced her resignation.

3. Plaintiff exhausted her administrative remedies through the District of Columbia Office of Human Rights ("OHR") and the U.S. Equal Employment Opportunity Commission ("EEOC") and timely files this lawsuit within ninety (90) days of receiving her Notice of Right to Sue.

### II. JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. § 1331 and Title VII of the Civil Rights Act of 1964.

**RECEIVED**

FEB 23 2026

pg. 1 of 5

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the unlawful employment practices occurred in Washington, D.C.

## III. PARTIES

6. Plaintiff Antonicia Holmes is an individual who formerly worked as a Protective Security Officer in Washington, D.C.

7. Defendant Paragon Systems, Inc. is an employer within the meaning of Title VII and conducted business in the District of Columbia at all relevant times.

## IV. ADMINISTRATIVE EXHAUSTION

8. Plaintiff filed charges of discrimination with OHR and the EEOC.

9. OHR issued a Letter of Determination finding probable cause on Plaintiff's claims of hostile work environment and disparate treatment.

10. The EEOC issued a Determination and Notice of Rights dated November 24, 2025.

11. Plaintiff files this action within ninety (90) days of receipt of that Notice.

- A true and correct copy of Plaintiff's EEOC Notice of Right to Sue is attached hereto as Exhibit A.

## V. FACTUAL ALLEGATIONS

12. Plaintiff began employment with Defendant as a Protective Security Officer in or around August 2014.

13. Between approximately **January 2015** and **August 2016**, Plaintiff was supervised by a male supervisor who subjected her to ongoing harassment and unequal treatment.

14. Plaintiff was disciplined more harshly than similarly situated male employees and denied opportunities and benefits afforded to male coworkers.

15. Plaintiff was subjected to aggressive, intimidating, and demeaning conduct that created a hostile work environment.

16. Plaintiff raised concerns and filed grievances regarding her treatment; thereafter, the supervisor intensified scrutiny of Plaintiff, denied leave requests, altered work schedules, and imposed disciplinary actions that contributed to the hostile and intolerable work environment.

17. Defendant knew or should have known of the discriminatory conduct but failed to take prompt corrective action.

18. The conduct caused Plaintiff severe emotional distress, anxiety, stress-related physical symptoms, and loss of professional stability.

19. The working conditions became so intolerable that a reasonable person would have felt compelled to resign.

20. Plaintiff resigned her employment in or around August 2016 as a result of Defendant's discriminatory conduct and failure to remedy the hostile environment.

   ➢ **COUNT I**

   HOSTILE WORK ENVIRONMENT (Sex Discrimination – Title VII)

21. Plaintiff incorporates the foregoing paragraphs.

22. Defendant subjected Plaintiff to unwelcome harassment based on sex.

23. The conduct was severe or pervasive enough to create an abusive working environment.

24. Defendant knew or should have known of the harassment and failed to take prompt corrective action.

> ➢ **COUNT II**

### DISPARATE TREATMENT AND CONSTRUCTIVE DISCHARGE

25. Plaintiff incorporates the foregoing paragraphs.

26. Defendant treated Plaintiff less favorably than similarly situated male employees.

27. Defendant's actions created working conditions so intolerable that Plaintiff was constructively discharged.

28. Defendant's conduct was intentional and in violation of Title VII.

## VI. DAMAGES

29. As a direct result of Defendant's actions, Plaintiff suffered lost wages, emotional distress, mental anguish, and other compensatory damages.

30. Plaintiff seeks all damages and equitable relief permitted by law, including compensatory damages, punitive damages, back pay, front pay, attorney's fees, costs, and any other relief deemed appropriate by the Court.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff;

B. Award compensatory and equitable relief as allowed by law;

C. Award costs and any allowable attorney's fees;

D. Grant a trial by jury; and

E. Grant such other relief as the Court deems just and proper.

JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

ANTONICIA HOLMES
Plaintiff, Pro Se
6008 Suzanne Road
Waldorf, MD 20601

Date: February 23, 2026



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office**

131 M Street, N. E., Suite 4NW02F
Washington, D. C.  20507
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Washington Direct Dial:  (202) 921-2970
FAX:  (202) 827-2349
Website:  www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

**To:**   Ms. Antonica Holmes

**Re:**   Ms. Antonica Holmes v. PARAGON SYSTEMS

EEOC Charge Number:  10C-2018-00022

EEOC Representative and email:      YUMI COSBERT, ACTING SLTP COORDINATOR
YUMI.COSBERT@EEOC.GOV

---

### DETERMINATION OF CHARGE

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) received this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By:Mindy E. Weinstein
11/24/2025
Mindy E. Weinstein

Director

cc:

Laura Nagel
Alan Lescht & Associates, PC
1825 K Street NW, Suite 750
Washington, DC 20006

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) received the document. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE

To request a copy of your charge file, contact the Fair Employment Practices Agency that investigated your charge.

Case No:_____

Associated EEOC
Charge Number:
10C-2018-00022

## CERTIFICATE OF SERVICE

COMPLAINT associated

I hereby certify that a true and correct copy of the foregoing [Insert Title of Document

with EEOC Charge # 10C-2018-00022

here] was served by first-class mail, postage prepaid, on the 23RD day of

February , 20 26, upon:

[List Defendants and Addresses here]

Paragon Systems, Inc.
Headquarters
13900 Lincoln Park Dr.
Suite 300
Herndon, VA 20171

_____
(Signature)